

# Fourth Court of Appeals
## San Antonio, Texas

July 7, 2021

No. 04-21-00189-CV

Bill Trevino **HALL,**
Appellant

v.

Jackline **ROLLINS,**
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-16578
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

On June 23, 2021, appellant's attorney, Mr. Vaughan E. Waters, filed an Unopposed Motion for Withdrawal and Substitution of Attorneys of Record on Appeal. In the motion, Mr. Vaughan E. Waters requests to withdraw as counsel of record for appellant and requests that Mr. Robert Zepeda be substituted as counsel of record for appellant. The motion is GRANTED, and it is ORDERED that Mr. Vaughan E. Waters is withdrawn as counsel of record for appellant and Mr. Robert Zepeda is to be substituted as counsel of record for appellant. *See* TEX. R. APP. P. 6.5.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of July, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court